# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUHAYMIN SHABAZZ MUHAMMAD, a/k/a WILLIAM DELANE DAVIDSON, | : : : : | |
| Petitioner, | : : | |
| v. | : : | No.: 4:17-CV-1030 |
| WARDEN BALTAZAR, | : : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 6th day of October 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner's request to proceed *in forma pauperis* is **GRANTED**.

2. Davidson's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

5. Petitioner's motion to supplement (Doc. 6) is **GRANTED** and his attached supplement is accepted.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge